United States District Court
Southern District of Texas
**ENTERED**
July 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RUTH YAMILETH LABOY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:21-CV-94 |
| | § | |
| JUAN MANUEL MARTINEZ *et al.*, | § | |
| | § | |
| Defendant. | § | |

## ADVISORY

The parties have filed a stipulation of dismissal, wherein the parties agree that Plaintiff's claims against Defendants should be dismissed with prejudice (Dkt. No. 94). Parties in a civil suit may generally dismiss claims without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a). None of those limitations apply here. Because the stipulation was signed by all parties, Plaintiff's claims and causes of action were dismissed with prejudice "automatically" upon the submission's filing. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** July 22, 2022.

*[signature]*

Marina Garcia Marmolejo
United States District Judge